# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1598
_____

DAVID RENCZKOWSKI,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 5, 2025

PER CURIAM.

DISMISSED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Renczkowski, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.